UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIE BEATRICE WASHINGTON, **individually and as Personal Representative of the Estate of Frank George Washington,**       Plaintiff, vs. UNITED STATES OF AMERICA and DEPARTMENT OF VETERANS' AFFAIRS,       Defendants. | ) ) ) ) ) ) ) ) ) )   Case number 1:04cv0007 TCM ) ) ) ) ) ) |

## JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law of this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Willie Beatrice Washington in her capacity as the Personal Representative of the Estate of Frank George Washington recover from defendants United States of America and the Department of Veterans' Affairs as actual damages the sum of Seventy-Two Thousand Dollars ($72,000.00), plus interest thereon after the time allowed by law and at the rate allowed by law.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of July, 2005.